IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN GUILDAY,<br>　　　　　**Plaintiff,**<br><br>v.<br><br>**CRISIS CENTER AT CROZER-CHESTER MEDICAL CENTER et al.,**<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  21-2010 |

**O R D E R**

**AND NOW**, this 17th day of February, 2022, upon consideration of the Motion to Dismiss of the Pennsylvania Department of Health and Human Services and of Acting Secretary of the Department of Human Services Meg Snead (collectively, the "Commonwealth Defendants") (ECF No. 29), of Plaintiff's Response in Opposition thereto (ECF No. 51), and of the Commonwealth Defendants' Reply (ECF No. 56), it is **HEREBY ORDERED** that the Commonwealth Defendants' Motion is **GRANTED**.  It is **FURTHER ORDERED THAT**:

1. Plaintiff's claims against the Commonwealth Defendants are **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court **SHALL TERMINATE** the Pennsylvania Department of Health and Human Services and Acting Secretary of the Department of Human Services Meg Snead as Defendants.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**
　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**

1