IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN GUILDAY, <br> **Plaintiff,** <br><br> v. <br><br> CRISIS CENTER AT CROZER-CHESTER MEDICAL CENTER et al., <br> **Defendants.** | CIVIL ACTION <br><br><br><br> NO. 21-2010 |

## O R D E R

**AND NOW**, this 1st day of March, 2022, upon consideration of the Crozer-Chester Defendants' Motion to Dismiss (ECFs No. 24 & 58) and Plaintiff's Response in Opposition thereto (ECF No. 57); and of the County Defendants' Motion to Dismiss (ECF No. 25), and Plaintiff's Response in Opposition thereto (ECF No. 45), it is **HEREBY ORDERED THAT**:

1. The Crozer-Chester Defendants' Motion is **GRANTED** with respect to Plaintiff's federal law claims against the Crozer-Chester Defendants which claims are **DISMISSED WITH PREJUDICE**;

2. The County Defendants' Motion is **GRANTED** with respect to Plaintiff's federal law claims against the County Defendants which claims are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's state law claims (Counts II, III, IV, V, VI, and VIII) are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**

1